| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wiedemann, Erin | 2. Court or Organization<br><br>US District Court Western District of Arkansas | 3. Date of Report<br><br>02/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>35 East Mountain, Room 213<br>Fayetteville AR 72701 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Michelangelo's |
| 2. 2017 | B & G Foods |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on ▮ rental property in Bentonville, AR | M |
| 2. | UFCU | Mortgage on condo owned by ▮ in Austin TX that is being rented out | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Arvest Bank Checking and Savings Accounts | A | Interest | L | T | | | | | |
| 2. Rental Property Bentonville, AR (X) $460,000 | C | Rent | N | W | | | | | |
| 3. Rental Property Fayetteville, AR (X) $230,000 | D | Rent | K | W | | | | | |
| 4. Rental Property Fayetteville, AR (X) $150,000 | | None | K | W | | | | | |
| 5. Ameriprise Money Market (X) | A | Interest | K | T | | | | | |
| 6. Real Estate Investment Trusts Carey Watermark Investors (X) | A | Int./Div. | K | T | | | | | |
| 7. Ameriprise Money Market (X) | A | Interest | J | T | | | | | |
| 8. Ameriprise Mutual Funds (X) | C | Interest | M | T | | | | | |
| 9. Ameriprise Equities (X) | A | Int./Div. | J | T | | | | | |
| 10. Ameriprise Cash Reserve Certificate (X) | B | Interest | M | T | | | | | |
| 11. LPL IRA Account (H) | | | | | | | | | |
| 12. IShares Core US Aggregate Bond ETF | | None | | | Buy | 07/28/17 | K | | |
| 13. | | | | | Sold | 11/7/17 | K | | |
| 14. IShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 15. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 16. IShares Russell 2000 ETF | | None | K | T | Buy | 10/17/17 | K | | |
| 17. IShares S&P Mid Cap 400 Growth ETF | | None | | | Buy | 01/04/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 04/04/17 | J | | |
| 19. Powershares QQQ ETF | | None | | | Buy | 04/04/17 | J | | |
| 20. | | | | | Sold (part) | 01/04/17 | J | | |
| 21. | | | | | Sold | 07/12/17 | J | | |
| 22. Sector Consumer Staples Select SPDR ETF | | None | | | Buy | 04/04/17 | J | | |
| 23. | | | | | Sold | 08/01/17 | J | | |
| 24. Sector Energy Select Sector SPDR ETF | | None | K | T | Buy | 10/10/17 | K | | |
| 25. Sector Financial Select Sector SPDR ETF | | None | K | T | Buy | 11/07/17 | K | | |
| 26. | | | | | Sold (part) | 3/27/17 | J | | |
| 27. Sector Healthcare Select Sector SPDR ETF | | None | | | Buy | 04/04/17 | J | | |
| 28. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 29. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 30. | | | | | Sold | 11/07/17 | K | | |
| 31. Sector Industrial Select Sector SPDR ETF | | None | J | T | Buy | 05/02/17 | J | | |
| 32. | | | | | Sold (part) | 02/06/17 | J | | |
| 33. Sector Materials Select Sector SPDR ETF | | None | J | T | Buy | 02/06/17 | J | | |
| 34. | | | | | Buy (add'l) | 08/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 01/04/17 | J | | |
| 36. | | | | | Sold (part) | 06/02/17 | J | | |
| 37. Sector Technology Select Sector SPDR | None | | | | Buy | 02/06/17 | J | | |
| 38. | | | | | Sold | 07/12/17 | J | | |
| 39. Select Utilities Select Sector SPDR | None | | | | Buy | 06/02/17 | J | | |
| 40. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 41. | | | | | Sold | 10/06/17 | K | | |
| 42. SPDR Dow Jones Industrial Average ETF | None | | K | T | Buy | 04/04/17 | J | | |
| 43. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 44. SPDR Index MSCI E/Mkt Quality Mix ETF | None | | J | T | Buy | 11/07/17 | J | | |
| 45. SPDR Russell 2000 ETF | None | | | | Buy | 01/04/17 | J | | |
| 46. | | | | | Sold | 04/04/17 | J | | |
| 47. SPDR S&P 500 ETF | None | | | | Buy | 04/04/17 | J | | |
| 48. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 49. | | | | | Sold | 10/06/17 | J | | |
| 50. SPDR S&P Telecom ETF | None | | | | Buy | 01/04/17 | J | | |
| 51. | | | | | Sold | 03/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Growth ETF | | None | J | T | Buy | 04/04/17 | J | | |
| 53. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 54. Vanguard Value ETF | | None | K | T | Buy | 11/07/17 | K | | |
| 55. IShares S&P Mid Cap 400 Value ETF | | None | | | Sold | 04/04/17 | J | | |
| 56. IShares S&P Small Cap 600 Growth ETF | | None | | | Sold | 04/04/17 | J | | |
| 57. IShares S&P Small Cap 600 Value ETF | | None | | | Sold | 04/04/17 | J | | |
| 58. SPDR S&P Mid Cap 400 ETF | | None | | | Sold | 04/04/17 | J | | |
| 59. ALPS Alerian MLP ETF | | None | J | T | | | | | |
| 60. LPL Non Retirement Account (H) | | | | | | | | | |
| 61. ALPS Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 62. IShares Core US Aggregate Bond ETF | A | Dividend | | | Buy | 07/28/17 | K | | |
| 63. | | | | | Sold | 11/06/17 | K | | |
| 64. Ishares MSCI EAFE ETF | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 65. IShares Russell 2000 ETF | | None | K | T | Buy | 10/10/17 | K | | |
| 66. IShares S&P Mid Cap 400 Value ETF | | None | | | Buy | 01/05/17 | K | | |
| 67. | | | | | Sold | 04/05/17 | K | | |
| 68. IShares S&P Small Cap 600 Growth ETF | | None | | | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 04/05/17 | K | | |
| 70. IShares S&P Small Cap 600 Value ETF | | None | | | Sold | 04/05/17 | J | | |
| 71. Powershares QQQ ETF | | None | | | Buy | 04/05/17 | J | | |
| 72. | | | | | Sold (part) | 01/05/17 | J | | |
| 73. | | | | | Sold | 07/12/17 | J | | |
| 74. Sector Consumer Staples Select Sector SPDR ETF | | None | | | Buy | 04/05/17 | K | | |
| 75. | | | | | Sold | 08/01/17 | K | | |
| 76. Sector Energy Select Sector SPDR ETF | | None | K | T | Buy | 10/10/17 | K | | |
| 77. Sector Financial Select Sector SPDR ETF | A | Dividend | K | T | Buy | 11/06/17 | K | | |
| 78. | | | | | Sold (part) | 03/27/17 | K | | |
| 79. Sector Healthcare Select Sector SPDR ETF | | None | | | Buy | 04/05/17 | K | | |
| 80. | | | | | Sold | 11/06/17 | K | | |
| 81. Sector Industrial Select Sector SPDR ETF | A | Dividend | K | T | Sold (part) | 02/02/17 | K | | |
| 82. | | | | | Buy (add'l) | 05/02/17 | K | | |
| 83. Sector Materials Select Sector SPDR ETF | A | Dividend | K | T | Sold (part) | 01/05/17 | K | | |
| 84. | | | | | Buy (add'l) | 02/02/17 | K | | |
| 85. | | | | | Sold (part) | 06/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 87. Sector Technology Select SPDR | | None | | | Buy | 02/02/17 | K | | |
| 88. | | | | | Sold | 07/12/17 | K | | |
| 89. Select Utilities Select Sector SPDR ETF | A | Dividend | | | Buy | 06/02/17 | K | | |
| 90. | | | | | Sold | 10/06/17 | K | | |
| 91. SPDR Dow Jones Industrial Average ETF | A | Dividend | K | T | Buy | 04/05/17 | J | | |
| 92. SPDR Index MSCI E/Mkt Quality Mix ETF | | None | J | T | Buy | 11/06/17 | J | | |
| 93. SPDR Russell 2000 ETF | | None | | | Buy | 01/05/17 | J | | |
| 94. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 95. | | | | | Sold | 04/05/17 | K | | |
| 96. SPDR S&P 500 ETF | | None | | | Buy | 04/05/17 | J | | |
| 97. | | | | | Sold | 10/06/17 | J | | |
| 98. SPDR S&P Mid Cap 400 ETF | | None | | | Buy | 02/02/17 | J | | |
| 99. | | | | | Sold | 04/05/17 | K | | |
| 100. SPDR S&P Telecom ETF | | None | | | Buy | 01/05/17 | K | | |
| 101. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 102. | | | | | Sold | 03/01/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiedemann, Erin | 02/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Growth ETF | | None | J | T | Buy | 04/05/17 | J | | |
| 104. Vanguard Value ETF | | None | K | T | Buy | 11/06/17 | K | | |
| 105. SPDR Gold Trust Gold Shares | | None | | | Sold | 12/27/17 | J | | |
| 106. Columbia Strategic Income Instl Cl | B | Dividend | K | T | Buy (add'l) | 12/14/17 | J | | |
| 107. LPL Alternative Investment Account (H) | | | | | | | | | |
| 108. FS Energy & Power Fund | B | Dividend | K | T | | | | | |
| 109. Rental Property - Travis County, TX ($118,000) | D | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wiedemann, Erin** | 02/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I got married in March 2017, so the report reflects my ▮▮▮▮ liabilities and assets. Also, my ▮▮▮▮ inherited property and money, and I am the guardian of her estate, as she is a minor, so I have listed her assets. My only asset is listed in Row 1. All other rows are my ▮▮▮▮ and ▮▮▮▮ assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Erin Wiedemann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544